UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KADAR A. HARRIS,<br><br>            Plaintiff,<br><br>   v.<br><br>APOLLO GLOBAL MANAGEMENT, INC.,<br><br>            Defendant. | No. 1:19-CV-11544-RA |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

WHEREAS, on December 13, 2019, plaintiff Kadar A. Harris commenced this action in the United States District Court for the Southern District of New York, styled *Kadar A. Harris v. Apollo Global Management, Inc.*, Case No. 19-CV-11544 (the "Action");

WHEREAS, the Parties have now entered into a settlement agreement and desire that the Action be dismissed with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action shall be, and hereby is, dismissed with prejudice. The parties shall bear the costs of the Action in accordance with their settlement agreement.

Dated:   New York, New York
         ~~February~~ 3, 2020
         April

| KADAR A. HARRIS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: /s/ Kadar A. Harris | By: /s/ |
| Kadar A. Harris | Andrew J. Ehrlich |
| (kadarharris38@gmail.com) | Alex M. Hyman |
| 250 West 77th Street | (aehrlich@paulweiss.com) |
| New York, New York 10024 | 1285 Avenue of the Americas |
| Telephone: (631) 944-1356 | New York, New York 10019 |
|  | Telephone: (212) 373-3000 |
| *Plaintiff* | Facsimile: (212) 492-0166 |
|  | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Alex M. Hyman, hereby certify that on this 22nd day of April, 2020, I caused a copy of the foregoing Stipulation to be served by first-class U.S. mail, postage prepaid, upon:

> Kadar A. Harris
> 250 West 77th Street
> Apartment 603
> New York, New York 10024

/s/ Alex M. Hyman
Alex M. Hyman